**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. OZZELLO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 10, Inclusive<br><br>　　　　Defendants. | Case No. 2:23-cv-10693-SVW-(BFMx)<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFF MARK A. OZZELLO'S COMPLAINT**<br><br>Complaint Filed:   November 1, 2023 |

　　The Court, having considered the Stipulation for Dismissal of Plaintiff's Complaint With Prejudice, said Stipulation and Dismissal is hereby GRANTED, with prejudice and without fees or costs.

**IT IS SO ORDERED.**

Dated:   January 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Stephen V. Wilson_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge